IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RJ BEARDSLEY d/b/a
NETBUILDS                                                                                      PLAINTIFF

VS.                              NO. 4:20-CV-1220-BSM

ENCORE STEEL BUILDINGS, LLC                                                        DEFENDANT

## CONSENT JUDGMENT

Upon consideration of the Settlement Agreement dated September 9, 2022, the Court finds that Plaintiff, RJ Beardsley d/b/a Netbuilds ("Plaintiff"), shall, and does hereby, have judgment against Encore Steel Buildings, LLC ("Defendant"), for the sum of Twenty Thousand U.S. Dollars ($20,000.00), accruing interest from the date of entry of the Consent Judgment at the rate of 5.5% per annum until satisfied in full. Each party is to bear his or its own attorney's fees and costs. Defendant denies any wrongdoing but consents to this Judgment to buy its peace.

IT IS SO ORDERED this 3rd day of February 2023.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:
Stephen B. Niswanger, # 96012
212 Center St., 6th Floor
Little Rock, AR 72201
(501) 353-1158
steve@niswangerlawfirm.com
*Attorney for Defendant*

Consented by:
ENCORE STEEL BUILDINGS, LLC

By: _____
George Scroggins, Manager